[S. F. No. 7517. In Bank.—August 30, 1915.]

SIERRA NEVADA WOOD & LUMBER COMPANY (a Corporation), et al., Petitioners, v. INDUSTRIAL ACCIDENT COMMISSION OF THE STATE OF CALIFORNIA et al., Respondents.

INDUSTRIAL ACCIDENT COMMISSION—AWARD OF COMPENSATION—PROXIMATE CAUSE OF DEATH—SUFFICIENCY OF EVIDENCE.—In this proceeding for a writ of *certiorari* to review an order of the Industrial Accident Commission awarding compensation for death of an employee, it is held that the evidence was sufficient to sustain the finding that the accidental injury received by the deceased was the proximate cause of death, and not natural causes which developed shortly after the accident.

APPLICATION for a Writ to Review an order of the Industrial Accident Commission of the State of California awarding to the widow of an employee of the Sierra Nevada Wood & Lumber Company (a corporation) compensation for the death of such employee from accidental injury in the course of his employment, on the ground that the evidence did not justify the finding of the commission that the

proximate cause of death was from the fracture of the fibula of the leg received in the accident, but that the evidence showed that the death was proximately caused from hypostatic pneumonia, which developed ten days after the happening of the accident from either chronic interstitial nephritis or fatty degeneration of the heart, from both of which diseases the deceased was suffering at the time of the accident.

L. A. Redman, and Jewell Alexander, for Petitioners.

Christopher M. Bradley, for Respondents.

THE COURT.—The court is of the opinion that the statements as to the evidence introduced before the accident commission, contained in the memorandum of points and authorities filed in support of the petition for a writ of *certiorari,* taken in connection with the allegations of the petition, show that the evidence before the commission was of such a nature as to sufficiently sustain the finding of the commission that the injury received by the deceased employee on November 12, 1914, ''proximately caused the death of said employee.''

The petition for a writ of *certiorari* is denied.

Rehearing denied.

Melvin, J., dissented from the order denying a rehearing.